■ JOSEPH PILINKO et al., Respondents, v. FRANCES MERLAU, Defendant, and AMERICAN INSURANCE COMPANY, Appellant.— Order reversed, without costs of this appeal to either party, and motion granted, without costs, with leave to plaintiff to file an amended complaint within 20 days after service of a copy of the order herein. Memorandum: The complaint is based on alternative theories of negligence, one of which is conceded to be without merit. It is well settled that unless such a pleading is good as to both alternatives it must be dismissed as insufficient. (*Potter* v. *Gilbert,* 130 App. Div. 632, affd. 196 N. Y. 576; *Johansson* v. *Kemp,* 211 App. Div. 276.) All concur. (Appeal from an order of Erie Special Term denying a motion by defendant Insurance Co. for a dismissal of the complaint pursuant to rule 106 of the Rules of Civil Practice.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. [10 Misc 2d 63.]

■ In the Matter of WALTER KLEIN, Petitioner, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.—Determination confirmed, without costs. All concur. (Review of the determination of the State Liquor Authority canceling petitioner's liquor license for premises in the City of Tonawanda, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of WALTER KLEIN, Appellant, against THOMAS E. ROHAN et al., Constituting the New York State Liquor Authority, Respondents.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Erie Special Term denying petitioner's motion to strike out certain paragraphs in the answer of the Liquor Authority.) Present — McCurn, P. J., Williams, Bastow, Goldman, and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. RAYMOND F. BRAYER, Appellant. In the Matter of RAYMOND F. BRAYER, Petitioner, against JOHN S. MARSH, as Justice of the Supreme Court, et al., Respondents.— Motion for a stay of further execution of sentence granted pending determination of appeal and proceeding. (Orders entered Oct. 15, 1958.)

# (October 29, 1958)

■ CHARLES S. WILCOX et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 33053.) — Judgment affirmed, with costs. All concur, Kimball, J., not participating. (Appeal from a judgment of the Court of Claims for claimants on a claim for damages for permanent appropriation of realty.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.